## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 16-cv-00345-WJM-MJW

JOSE MARTINEZ,

    Plaintiff,

v.

K. NG CHAUMONT, RN,
RYAN WHITE, RN,
R. DUMIYE, RN, and
BRENDA HIGMAN (HIGMAN), LPN,

    Defendants.

---

## ORDER OF RECUSAL

---

    This matter comes before the Court on Defendants', K. NG Chaumont, RN, Ryan White, RN, R Dumiye, RN, and "Brenda Higman, RN"'s Motion for Order of Recusal (ECF No. 24). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Defendants' Motion is GRANTED.

    Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A United States judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

The Amended Complaint makes allegations regarding violations of the Plaintiff's constitutional rights by the Defendants. According to the Motion, the Defendants are employed by Denver Health. My wife, Judith C. Shlay, M.D., is employed by Denver Health in a senior management position. On these facts, I find that a reasonable person would harbor doubts about my impartiality. As a result, recusal is required by 28 U.S.C. § 455(a), and I hereby recuse myself from this case. It is therefore

ORDERED that the Judge's file be returned to the Clerk's office for the case to be reassigned by random draw.

Dated this 3rd day of May, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge